UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>SUMMER OF '42 RESTAURANT ENTERPRISES, INC. d/b/a SAL'S MEXICAN RESTAURANT, et al.,<br><br>Defendants. | No. 1:17-cv-00045-LJO-SKO<br><br>ORDER DIRECTING THE CLERK TO CLOSE CASE<br><br>(Doc. 10) |

On March 3, 2017, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 10.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiff filed a notice of dismissal of this case with prejudice under Rule 41(a)(1)(A)(i), this case has automatically terminated. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is to close this case.

IT IS SO ORDERED.

Dated:   **March 6, 2017**                              /s/ *Sheila K. Oberto*  
                                                                    UNITED STATES MAGISTRATE JUDGE